| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 EXPIRES 5-31-05 |
|---|---|---|
| 1. Submit To Appropriate Federal Agency: Federal Bureau of Investigation and United States Department of Justice | 2. Name, Address of claimant and claimant's personal representative, if any. (See instructions on reverse.) (Number, street, city, State and Zip Code) Claimant                          Attorney Anthony Bragdon                  Richard G. Lillie, Esq. 7170 Mahogany Drive              2300 BP Tower Hyattsville, Maryland            200 Public Square 20785                            Cleveland, Ohio 44114 | |

| 3. TYPE OF EMPLOYMENT ☐ MILITARY ☒ CIVILIAN | 4. DATE OF BIRTH 3/23/72 | 5. MARITAL STATUS single | 6. DATE AND DAY OF ACCIDENT injury 5/22/91 - 3/14/03 | 7. TIME (A.M. OR P.M) n/a |
|---|---|---|---|---|

8. Basis of Claim *(State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof) (Use additional pages if necessary.)*

See Attachment A

9. PROPERTY DAMAGE
NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT *(Number, street, city, State, and Zip Code)*
n/a

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF DAMAGE AND THE LOCATION WHERE PROPERTY MAY BE INSPECTED. *(See instructions on reverse side)*
n/a

10. PERSONAL INJURY/WRONGFUL DEATH
STATE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE NAME OF INJURED PERSON OR DECEDENT

Based upon the false and wrongful testimony, actions, and inactions of the Federal Bureau of Investigations and the United States Department of Justice, Claimant suffered an abuse of process, malicious prosecution, and was caused to be falsely accused, wrongfully arrested and falsely imprisoned for several years. Claimant was further caused to suffer injury and harm due to the intentional and/or negligent infliction of emotional distress.

11. WITNESSES

| NAME | ADDRESS *(Number, street, city, State, and Zip Code)* |
|---|---|
| Michael Malone (former) FBI agent | 5701 Cedar Trail West, Prince George, Virginia  23875 |
| Employees of the United States Attorneys Office | Washington, D.C. |

12. *(See instructions on reverse)* AMOUNT OF CLAIM *(in dollars)*

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL *(Failure to specify may cause forfeiture of your rights.)* |
|---|---|---|---|
| n/a | $4,450,000.00 | n/a | $4,450,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE ACCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM

| 13a. SIGNATURE OF CLAIMANT *(See instructions on reverse side.)* Attorney for claimant Richard Lillie, Anthony Bragdon | 13b. Phone number of signatory (216) 363-4599 | 14. DATE OF CLAIM 3/9/05 (date submitted |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM The claimant shall forfeit and pay to the United States the sum of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the United States. *(See 31 U.S.C. 3729.)* | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS Imprisonment for not more than five years and shall be subject to a fine of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the United States. *(See 18 U.S.C.A. 287.)* |
|---|---|

95-108
Previous editions not usable    NSN 7540-00-634-4046

STANDARD FORM 95 (Rev. 7-85)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

EXHIBIT

A

### PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.

A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.

C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.

D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid".

### INSTRUCTIONS

Complete all items – Insert the word NONE where applicable

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY DAMAGES IN A SUM CERTAIN FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT, THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN TWO YEARS AFTER THE CLAIM ACCRUES.

Any instructions or information necessary in the preparation of your claim will be furnished, upon request, by the office indicated in item #1 on the reverse side. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplemental regulations also. If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with said claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file claim for both personal injury and property damage, claim for both must be shown in item #12 of this form.

The amount claimed should be substantiated by competent evidence as follows:

(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b) In support of claims for damage to property which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

(d) Failure to completely execute this form or to supply the requested material within two years from the date the allegations accrued may render your claim "invalid". A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.

Failure to specify a sum certain will result in invalid presentation of your claim And may result in forfeiture of your rights.

Public reporting burden for this collection of information is estimated to average 15 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or other aspect of this collection of information, including suggestions for reducing this burden,

to Director, Torts Branch
Civil Division
U.S. Department of Justice
Washington, DC 20530

and to the
Office of Management and Budget
Paperwork Reduction Project (1105-0008)
Washington, DC 20503

### INSURANCE COVERAGE

In order that subrogation claims be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of his vehicle or property.

15. Do you carry accident insurance? ☐ Yes, if yes give name and address of insurance company (*Number, street, city, State, and Zip Code*) and policy number. ☐ No

n/a

16. Have you filed claim on your insurance carrier in this instance, and if so, is it full coverage or deductible?

n/a

17. If deductible, state amount

n/a

18. If claim has been filed with your carrier, what action has your insurer taken or proposes to take with reference to your claim? (*It is necessary that you ascertain these facts*)

n/a

19. Do you carry public liability and property damage insurance? ☐ Yes, If yes, give name and address of insurance carrier (*Number, street, city, State, and Zip Code*) ☐ No

n/a

* U.S. GOVERNMENT PRINTING OFFICE: 1989--241-175

SF 95 (Rev. 7-85) BACK

# ATTACHMENT A

8. **BASIS OF CLAIM**

On May 22, 1991, Claimant Anthony Bragdon was Indicted in the Superior Court, District of Columbia, on numerous charges including: assault with a deadly or dangerous weapon; kidnapping while armed; rape while armed; sodomy; assault with intent to commit sodomy while armed; armed robbery; possession of a firearm during a crime of violence; first-degree theft; unauthorized use of a motor vehicle ("UUV"); and receiving stolen property ("RSP"). On September 19, 1991, the first-degree theft, UUV, and RSP counts were severed for purposes of trial.

At Claimants criminal trial, the United States Government (the United States Department of Justice) presented the fact/expert testimony of Federal Bureau of Investigations ("FBI") Lab personnel who gave testimony concerning the FBI's laboratory evidence, and the FBI's findings and conclusions concerning the hair and fiber evidence found and presented in the case. Such testimony was false, incomplete, unsupported, and incorrect. The FBI witness gave false testimony that the fibers found on the complaining witness' clothes matched the carpet in Claimant's apartment. The FBI witness' trial testimony was materially false as to the following: 1) the nature and absence of other possible sources of the fiber; 2) the non-disclosure of other, non-matching fibers found, and, 3) the fact that the testing performed was insufficient to support the FBI's conclusions. In addition, the FBI withheld exculpatory information from Claimant and his defense counsel.

In or around April 1997, the United States Department of Justice, Office of the Inspector General, issued a Special Report titled, "The FBI Laboratory: An Investigation Into Laboratory Practices and Alleged Misconduct in Explosives-Related and Other Cases" which identified FBI personnel who had falsified work. Thereafter, an independent scientist, conducted a subsequent analysis and report of the FBI's work on the evidence in Claimant's case. In or around August of 2001, the Government forwarded such report to Claimant's counsel who then filed a Petition to Set Aside, Vacate, and/or Correct Conviction and Sentence, or in the Alternative, for a Writ of Coram Nobis on Claimant's behalf. The Superior Court issued an Order Granting Claimant's Petition on March 14, 2003, finding that the FBI witness' testimony was either false or not supported by said witness' notes, and further found that potential exculpatory facts regarding the fiber evidence was not disclosed. Claimant was subsequently released from prison.

As the result of the actions, inactions, wrongful and tortious conduct of the Federal Bureau of Investigations and the United States Department of Justice, Claimant was imprisoned for many years and suffered extreme fear, emotional distress, pain, shock, horror, suffering, psychic injury, loss of earnings, humiliation, loss of education, loss of enjoyment of life, monetary expenses, and other harm and injury.



**BENESCH**
**Friedlander Coplan**
**& Aronoff LLP**
ATTORNEYS at LAW

*Richard G. Lillie*
Writer's Direct Dial: (216) 363-4499

March 9, 2005

**VIA HAND DELIVERY**

Federal Bureau of Investigation
J. Edgar Hoover Building
935 Pennsylvania Avenue, NW
Washington, D.C. 20535

Dear Sir or Madam:

Please be advised that the undersigned represents Anthony Bragdon in his claim for damages as per the attached Administrative Claim for Damage, Injury, or Death form.

Please cause all communications to be directed to me at the Cleveland address below.

Thank you.

Very truly yours,

BENESCH, FRIEDLANDER,
COPLAN & ARONOFF LLP

Richard G. Lillie

RGL/so
Enclosures

*REC'D 03/09/2005*
*ASC RICHARD BROWN, FBI/OGC*

Cleveland: 2300 BP Tower ► 200 Public Square ► Cleveland, Ohio 44114-2378 ► Phone: (216) 363-4500 ► Fax: (216) 363-4588
Columbus: 88 East Broad Street ► Suite 900 ► Columbus, Ohio 43215-3506 ► Phone: (614) 223-9300 ► Fax: (614) 223-9330
www.bfca.com

Doc 1275992 Ver 1

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 EXPIRES 5-31-05 |
|---|---|---|

1. Submit To Appropriate Federal Agency:

✓ Federal Bureau of Investigation and United States Department of Justice

2. Name, Address of claimant and claimant's personal representative, if any. (See instructions on reverse.) (Number, street, city, State and Zip Code)

Claimant
Anthony Bragdon
7170 Mahogany Drive
Hyattsville, Maryland 20785

Attorney
Richard G. Lillie, Esq.
2300 BP Tower
200 Public Square
Cleveland, Ohio 44114

| 3. TYPE OF EMPLOYMENT ☐ MILITARY ☒ CIVILIAN | 4. DATE OF BIRTH 3/23/72 | 5. MARITAL STATUS single | 6. DATE AND DAY OF ACCIDENT injury 5/22/91 - 3/14/03 | 7. TIME (A.M. OR P.M) n/a |

8. Basis of Claim (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof) (Use additional pages if necessary.)

See Attachment A

9. **PROPERTY DAMAGE**

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, street, city, State, and Zip Code)

n/a

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF DAMAGE AND THE LOCATION WHERE PROPERTY MAY BE INSPECTED. (See instructions on reverse side)

n/a

10. **PERSONAL INJURY/WRONGFUL DEATH**

STATE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE NAME OF INJURED PERSON OR DECEDENT

Based upon the false and wrongful testimony, actions, and inactions of the Federal Bureau of Investigations and the United States Department of Justice, Claimant suffered an abuse of process, malicious prosecution, and was caused to be falsely accused, wrongfully arrested and falsely imprisoned for several years. Claimant was further caused to suffer injury and harm due to the intentional and/or negligent infliction of emotional distress.

11. **WITNESSES**

| NAME | ADDRESS (Number, street, city, State, and Zip Code) |
|---|---|
| Michael Malone (former) FBI agent | 5701 Cedar Trail West, Prince George, Virginia 23875 |
| Employees of the United States Attorneys Office | Washington, D.C. |

12. (See instructions on reverse)   **AMOUNT OF CLAIM (in dollars)**

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights.) |
|---|---|---|---|
| n/a | $4,450,000.00 | n/a | $4,450,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE ACCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side.) Richard Lillie, Attorney for claimant Anthony Bragdon | 13b. Phone number of signatory (216) 363-4599 | 14. DATE OF CLAIM 3/9/05 (date submitted) |

**CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM**
The claimant shall forfeit and pay to the United States the sum of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the United States. (See 31 U.S.C. 3729.)

**CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS**
Imprisonment for not more than five years and shall be subject to a fine of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the United States. (See 18 U.S.C.A. 287.)

95-108
Previous editions not usable

NSN 7540-00-634-4046

STANDARD FORM 95 (Rev. 7-85)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

**EXHIBIT B**

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.

A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.

C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.

D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid".

## INSTRUCTIONS

Complete all Items – Insert the word NONE where applicable

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY DAMAGES IN A <u>SUM CERTAIN</u> FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT, THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN <u>TWO YEARS</u> AFTER THE CLAIM ACCRUES.

Any instructions or information necessary in the preparation of your claim will be furnished, upon request, by the office indicated in item #1 on the reverse side. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplemental regulations also. If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with said claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file claim for both personal injury and property damage, claim for both must be shown in item #12 of this form.

The amount claimed should be substantiated by competent evidence as follows:

(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b) In support of claims for damage to property which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

(d) Failure to completely execute this form or to supply the requested material within two years from the date the allegations accrued may render your claim "invalid". A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.

**Failure to specify a sum certain will result in invalid presentation of your claim And may result in forfeiture of your rights.**

Public reporting burden for this collection of information is estimated to average 15 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or other aspect of this collection of information, including suggestions for reducing this burden,

to Director, Torts Branch
Civil Division
U.S. Department of Justice
Washington, DC 20530

and to the
Office of Management and Budget
Paperwork Reduction Project (1105-0008)
Washington, DC 20503

## INSURANCE COVERAGE

In order that subrogation claims be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of his vehicle or property.

15. Do you carry accident insurance? ☐ Yes, if yes give name and address of insurance company (*Number, street, city, State, and Zip Code*) and policy number. ☐ No

n/a

16. Have you filed claim on your insurance carrier in this instance, and if so, is it full coverage or deductible?

n/a

17. If deductible, state amount

n/a

18. If claim has been filed with your carrier, what action has your insurer taken or proposes to take with reference to your claim? (*It is necessary that you ascertain these facts*)

n/a

19. Do you carry public liability and property damage insurance? ☐ Yes, If yes, give name and address of insurance carrier (*Number, street, city, State, and Zip Code*) ☐ No

n/a

\* U.S. GOVERNMENT PRINTING OFFICE: 1989--241-175

SF 95 (Rev. 7-85) BACK

# ATTACHMENT A

8. <u>BASIS OF CLAIM</u>

On May 22, 1991, Claimant Anthony Bragdon was Indicted in the Superior Court, District of Columbia, on numerous charges including: assault with a deadly or dangerous weapon; kidnapping while armed; rape while armed; sodomy; assault with intent to commit sodomy while armed; armed robbery; possession of a firearm during a crime of violence; first-degree theft; unauthorized use of a motor vehicle ("UUV"); and receiving stolen property ("RSP"). On September 19, 1991, the first-degree theft, UUV, and RSP counts were severed for purposes of trial.

At Claimants criminal trial, the United States Government (the United States Department of Justice) presented the fact/expert testimony of Federal Bureau of Investigations ("FBI") Lab personnel who gave testimony concerning the FBI's laboratory evidence, and the FBI's findings and conclusions concerning the hair and fiber evidence found and presented in the case. Such testimony was false, incomplete, unsupported, and incorrect. The FBI witness gave false testimony that the fibers found on the complaining witness' clothes matched the carpet in Claimant's apartment. The FBI witness' trial testimony was materially false as to the following: 1) the nature and absence of other possible sources of the fiber; 2) the non-disclosure of other, non-matching fibers found, and, 3) the fact that the testing performed was insufficient to support the FBI's conclusions. In addition, the FBI withheld exculpatory information from Claimant and his defense counsel.

In or around April 1997, the United States Department of Justice, Office of the Inspector General, issued a Special Report titled, "The FBI Laboratory: An Investigation Into Laboratory Practices and Alleged Misconduct in Explosives-Related and Other Cases" which identified FBI personnel who had falsified work. Thereafter, an independent scientist, conducted a subsequent analysis and report of the FBI's work on the evidence in Claimant's case. In or around August of 2001, the Government forwarded such report to Claimant's counsel who then filed a Petition to Set Aside, Vacate, and/or Correct Conviction and Sentence, or in the Alternative, for a Writ of Coram Nobis on Claimant's behalf. The Superior Court issued an Order Granting Claimant's Petition on March 14, 2003, finding that the FBI witness' testimony was either false or not supported by said witness' notes, and further found that potential exculpatory facts regarding the fiber evidence was not disclosed. Claimant was subsequently released from prison.

As the result of the actions, inactions, wrongful and tortious conduct of the Federal Bureau of Investigations and the United States Department of Justice, Claimant was imprisoned for many years and suffered extreme fear, emotional distress, pain, shock, horror, suffering, psychic injury, loss of earnings, humiliation, loss of education, loss of enjoyment of life, monetary expenses, and other harm and injury.

**BENESCH**
Friedlander Coplan
& Aronoff LLP
ATTORNEYS at LAW

*Richard G. Lillie*
Writer's Direct Dial: (216) 363-4499

March 9, 2005

**VIA HAND DELIVERY**

U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530

Dear Sir or Madam:

Please be advised that the undersigned represents Anthony Bragdon in his claim for damages as per the attached Administrative Claim for Damage, Injury, or Death form.

Please cause all communications to be directed to me at the Cleveland address below.

Thank you.

Very truly yours,

BENESCH, FRIEDLANDER,
COPLAN & ARONOFF LLP

Richard G. Lillie

RGL/so
Enclosures

3/9/05 2:35 PM

Cleveland: 2300 BP Tower ▸ 200 Public Square ▸ Cleveland, Ohio 44114-2378 ▸ Phone: (216) 363-4500 ▸ Fax: (216) 363-4588
Columbus: 88 East Broad Street ▸ Suite 900 ▸ Columbus, Ohio 43215-3506 ▸ Phone: (614) 223-9300 ▸ Fax: (614) 223-9330
www.bfca.com

Doc 1275995 Ver 1



U.S. Department of Justice

Federal Bureau of Investigation

Washington, D. C. 20535-0001

August 17, 2005

VIA CERTIFIED MAIL
Return Receipt Requested

Mr. Richard G. Lillie, Esq.
Benesch, Friedlander, Coplan & Aronoff, LLP
2300 BP Tower
200 Public Square
Cleveland, OH 44114-2378

Re:  Administrative Claims of Anthony Bragdon

Dear Mr. Lillie:

      This letter references the administrative claim dated March, 9, 2005, against the United States of America. The claim seeks $4,450,000 for the false and wrongful testimony, actions, and inactions of the Federal Bureau of Investigations and the United States Department of Justice.

      After reviewing the applicable law and the merits of your claim, this office has concluded that the claim should be, and is, hereby denied pursuant to 28 C.F.R. § 14.9. If you are dissatisfied with this determination, you may file suit in the appropriate United States District Court, not later than six months after the date of this letter.

Sincerely,

*Cecilia O. Bessee*
Cecilia O. Bessee
Chief, Civil Litigation Unit I

EXHIBIT
C