AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

ANTHONY BRAGDON

SUMMONS IN A CIVIL CASE

V.

THE UNITED STATES OF AMERICA, ET AL

CASE NUMBER 1:06CV00258

CASE: JUDGE: James Robertson

DECK TYPE: Personal Injury/Malpractic

DATE STAMP: 02/13/2006

TO: (Name and address of Defendant)

U.S. Department of Justice
950 Pennsylvania Avenue
Washington, D.C. 20530

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Richard G. Lillie
Benesch Friedlander Coplan & Aronoff LLP
2300 BP Tower, 200 Public Square
Cleveland, OH 44114

an answer to the complaint which is served on you with this summons, within     60    days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON            FEB 13 2006
CLERK                                  DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] * | DATE  02/13/06 at 3:45 pm |
| NAME OF SERVER (PRINT)  Ambiko Guice | TITLE  Private Process Server |

*Check one box below to indicate appropriate method of service*

G  Served personally upon the defendant. Place where served: _____

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　　Name of person with whom the summons and complaint were left: _____

G  Returned unexecuted: _____

X  Other (specify):  By serving Garret Shefton, Mail Clerk, authorized to accept. Service was completed at 950 Pennsylvania Avenue, NW, Washington, DC 20530.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   02/14/06
　　　　　　　　Date　　　　　　　Signature of Server

Capitol Process Services, Inc.
1827 18th Street, N.W.
Washington, D.C. 20009
(202) 667-0050

*Address of Server*

* Notice of Designation of Related Civil Cases Pending in This or Any Other United States Court; Notice of Right to Consent to Trial Before a United States Magistrate Judge and Initial Electronic Case Filing Order

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.