AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

ANTHONY BRAGDON

**SUMMONS IN A CIVIL CASE**

V.

THE UNITED STATES OF AMERICA, ETAL

CASE NUMBER 1:06CV00258

JUDGE: James Robertson

CASE DECK TYPE: Personal Injury/Malpractic

DATE STAMP: 02/13/2006

TO: (Name and address of Defendant)

    The Honorable Alberto Gonzales
    Attorney General of the United States
    Department of Justice
    950 Pennsylvania Avenue
    Washington, D.C. 20530-0001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    Richard G. Lillie
    Benesch Friedlander Coplan & Aronoff LLP
    2300 BP Tower, 200 Public Square
    Cleveland, OH 44114

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON      FEB 13 2006

CLERK      DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] * | DATE 02/13/06 at 3:45 pm |
| NAME OF SERVER *(PRINT)* Ambiko Guice | TITLE Private Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): By serving Garret Shefton, Mail Clerk, authorized to accept. Service was completed at 950 Pennsylvania Avenue, NW, Washington, DC 20530.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   02/14/06
                   Date                    *Signature of Server*

Capitol Process Services, Inc.
1827 18th Street, N.W.
Washington, D.C. 20009
(202) 667-0050

*Address of Server*

\* Notice of Designation of Related Civil Cases Pending in This of Any Other United States Court; Notice of Right to Consent to Trial Before a United States Magistrate Judge and Initial Electronic Case Filing Order

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.