UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ANTHONY BRAGDON,** | ) |
| | ) |
| **Plaintiff** | ) |
| | ) |
| v. | ) Civil Action No. 06-0258 (JR) |
| | ) |
| **THE UNITED STATES OF AMERICA,** *et al.*, | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

**CONSENT MOTION FOR AN EXTENSION OF TIME
WITHIN WHICH TO FILE A RESPONSE TO THE COMPLAINT**

The Defendants, through counsel, the United States Attorney for the District of Columbia, hereby resepectfully move, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an extension of time within which to file their answer or other response to the Complaint in this matter from April 14, 2006 up to and including April 21, 2006. This response will probably be in the form of a dispositive motion. Counsel for the Plaintiff, Richard G. Lillie, Esquire, has graciously consented to the motion on behalf of the Plaintiff.

This extension of time is sought because of a number of impediments to Counsel for the Defendant filing in a timely manner. First, an eleventh hour malady is hampering Counsel for the Defendant's efforts to complete the response in this matter. Secondly, extensive depositions in the class action law suit of <u>Hubbard v. Potter</u>, C.A. No. 03-1062 (RJL), involving the use of interpreters, have had a severe impact on Counsel's schedule. Moreover, internal efforts to determine whether another class action law suit could settle, <u>Johnson, et al. v. D.C., et al.</u>, 02-2364 (RMC), has consumed an extensive amount of time Counsel otherwise would have had to complete the response in this matter. Counsel has further had to prepare for and argue discovery motions before the Court

in Davis v. Gonzalez, C.A. No. 03-2531 (RBW), and is responsible for filing a dispositive motion in the matter of Bragdon v. United States, et al., C.A. No. 06-628 (JR). Defendant accordingly requests this extension of time, to and including April 21, 2006, within which to file his response to the Complaint in this matter.

WHEREFORE, Defendant respectfully submits that this Consent Motion for an Extension of Time Within Which to File a Response to the Complaint, up to and including April 21, 2006, should be granted.

Respectfully submitted,

/s/
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

/s/
OLIVER W. McDANIEL, D.C. Bar #377360
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 616-0739

Counsel for the Defendant

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY, this 14th day of April, 2006, reliance on the Electronic Court Filing system to insure that a digital copy of the foregoing Motion for a Two-day Extension of Time Within Which to File a Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss, has been served electronically on Counsel for the Plaintiff, or, if this means fails, then by first class mail, postage prepaid, addressed to:

Richard G. Lillie, Esq.
2300 BP Tower
200 Public Square
Cleveland, OH  44114-2378

Counsel for the Plaintiff

                                         /s/
                           OLIVER W. MCDANIEL
                           D.C. Bar No. 377-360
                           Assistant United States Attorney
                           Civil Division
                           555 4th Street, N.W.
                           Washington, D.C. 20530
                           (202) 616-0739