IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ANTHONY BRAGDON, | ) | CASE NO. 06-0258 (JR) |
| | ) | |
| Plaintiff, | ) | JUDGE JAMES ROBERTSON |
| | ) | |
| v. | ) | |
| | ) | |
| THE UNITED STATES OF AMERICA, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

**CONSENT MOTION FOR EXTENSION OF TIME
TO RESPOND TO MOTION TO DISMISS**

Plaintiff, Anthony Bragdon, through counsel, hereby respectfully moves this Court for an Order, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an extension of time within which to respond to Defendant's Motion to Dismiss. Counsel for the Defendant, Oliver McDaniel, consented to the motion on behalf of the Defendant.

Defendant had over sixty days to prepare a response to Plaintiff's Complaint. Now, Plaintiff seeks an extension because Defendant has raised complex arguments of law that require detailed analysis in order to fashion a thorough response. The additional time should provide ample opportunithy for Plaintiff's counsel to prepare a well reasoned response to aid the Court's decision in this matter, and Defendant's counsel consents to this additional time.

WHEREFORE, Plaintiff respectfully submits that this Consent Motion For an Extension of Time to Respond to Motion to Dismiss, up to and including June 1, 2006, should be granted.

Respectfully submitted,

/s/ Richard Lillie
RICHARD LILLIE (0023744)
JEFFREY A. CROSSMAN (0073461)
Benesch Friedlander, Coplan & Aronoff LLP
200 Public Square, 2300 BP Tower
Telephone: (216) 363-4500
Facsimile: (216) 363-4588

*Attorneys For Plaintiff Anthony Bragdon*

## **CERTIFICATE OF SERVICE**

The foregoing, Consented for an Extension of Time to Respond to Motion to Dismiss, was filed electronically on April 28, 2006. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system, or, if this means fails, then by first class mail, postage prepaid, addressed to:

>Oliver W. McDaniel
>Assistant United States Attorney
>Office of the United States Attorney
>Civil Division
>555 4th Street, N.W.
>Washington, D.C. 20530

/s/ Richard Lillie
Richard Lillie
