IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ANTHONY BRAGDON, | ) | CASE NO.: 06-0258 (JR) |
| | ) | |
| Plaintiff, | ) | JUDGE JAMES ROBERTSON |
| v. | ) | |
| | ) | |
| THE UNITED STATES OF AMERICA, *et al.*, | ) | |
| | ) | ORDER |
| Defendants. | ) | |

THIS MATTER came on before the Court upon the Parties' Consent Motion for Extension of Time to Respond to Defendant's Motion to Dismiss. The Court finds such Consent Motion to be well taken, and the same is hereby Granted and Plaintiff Anthony Bragdon shall file his Memorandum on or before June 1, 2006.

IT IS SO ORDERED.

_____