**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ANTHONY BRAGDON, | ) CASE NO. 1:06-cv-00258-JR |
| | ) |
| Plaintiff, | ) JUDGE JAMES ROBERTSON |
| | ) |
| vs. | ) |
| | ) |
| | ) **ERRATA FILING TO PLAINTIFF'S** |
| THE UNITED STATES OF AMERICA, | ) **FIRST AMENDED COMPLAINT** |
| | ) |
| Defendant. | ) |

       Anthony Bragdon, by and through his counsel, hereby files the attached signature page as part of the record.  Richard Lillie's electronic signature was inadvertently omitted on the signature line of Plaintiff's First Amended Complaint filed May 23, 2006.

                                                Respectfully submitted,

OF COUNSEL:

BENESCH, FRIEDLANDER,           _/s/   Richard G. Lillie_____
  COPLAN & ARONOFF LLP       Richard G. Lillie (DC# 427882)
                               2300 BP Tower
                               200 Public Square
                               Cleveland, Ohio 44114-2378
                               Telephone: (216) 363-4500
                               Facsimile:  (216) 363-4588
                               E-Mail:     rlillie@bfca.com

                               *Attorney for Plaintiff Anthony E. Bragdon*

## CERTIFICATE OF SERVICE

The foregoing, Errata Filing to Plaintiff's First Amended Complaint, was filed electronically on May 24, 2006.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system, or, if this means fails, then by first class mail, postage prepaid, addressed to:

> Kenneth L. Wainstein
> United States Attorney
> Office of the United States Attorney
> Civil Division
> 555 4th Street, N.W.
> Washington, D.C. 20530
>
> Rudolph Contreras
> Assistant United States Attorney
> Office of the United States Attorney
> Civil Division
> 555 4th Street, N.W.
> Washington, D.C. 20530
>
> Oliver W. McDaniel
> Assistant United States Attorney
> Office of the United States Attorney
> Civil Division
> 555 4th Street, N.W.
> Washington, D.C. 20530

/s/ Richard Lillie
Richard Lillie

Doc 1369294   Ver 1