A.       His costs of suit and attorneys' fees in this action;

B.       Compensatory damages in the amount of Four Million Four Hundred Fifty Thousand Dollars ($4,450,000.00).

C.       Such other and further relief as this Honorable Court deems fair, equitable, and appropriate.

Respectfully submitted,

OF COUNSEL:

BENESCH, FRIEDLANDER,
  COPLAN & ARONOFF LLP

/s/ Richard G. Lillie
Richard G. Lillie (DC# 427882)
2300 BP Tower
200 Public Square
Cleveland, Ohio 44114-2378
Telephone: (216) 363-4500
Facsimile: (216) 363-4588
E-Mail: rlillie@bfca.com

*Attorney for Plaintiff Anthony E. Bragdon*