## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTHONY BRAGDON, | ) CASE NO. 1:06-cv-00258-JR |
| | ) |
| Plaintiff, | ) JUDGE JAMES ROBERTSON |
| | ) |
| vs. | ) |
| | ) |
| | ) |
| THE UNITED STATES OF AMERICA, | ) **PLAINTIFF'S RESPONSE** |
| | ) **TO DEFENDANT'S MOTION** |
| Defendant. | ) **TO DISMISS, REQUEST FOR** |
| | ) **ORDER DECLARING MOTION TO** |
| | ) **DISMISS MOOT DUE TO FILING OF** |
| | ) **FIRST AMENDED COMPLAINT,** |
| | ) **OR, IN THE ALTERNATIVE,** |
| | ) **MOTION FOR LEAVE TO FILE** |
| | ) **BRIEF IN OPPOSITION** |
| | ) **TO DEFENDANT'S MOTION** |
| | ) **TO DISMISS** |

Now comes Plaintiff, Anthony Bragdon, by and through counsel, and herein makes response to Defendant United States of America's Motion to Dismiss, noting that on May 23, 2006, Plaintiff filed a First Amended Complaint. Plaintiff's counsel notified Defendant's counsel of their intention to file a First Amended Complaint prior to filing same and also of their intention to notify this Honorable Court of their belief that the filing of such First Amended Complaint effectively *mooted* the Defendant's Motion to Dismiss.

Plaintiff respectfully asks this Honorable Court to note, *inter alia.*, that Plaintiff's First Amended Complaint deletes two previously-named Defendants, to wit; The Federal Bureau of Investigation and The United States Department of Justice. Furthermore, said First Amended Complaint contains some additional/modified claims while removing other claims. Plaintiff believes that the filing of the above-referenced First Amended Complaint supersedes and

replaces the original Complaint and thus renders the arguments set forth in Defendant's Motion to Dismiss moot - at this time, and therefore requests this Court to issue an Order finding such to be the case.

In the alternative, should this Honorable Court find that Defendant's Motion to Dismiss is not moot at this time, Plaintiff respectfully requests the Court to issue a ruling indicating same, and, in that event, Plaintiff herein requests leave and enlargement of time in which to file a Brief in Opposition to Defendant's Motion to Dismiss.

                                       Respectfully submitted,

OF COUNSEL:

BENESCH, FRIEDLANDER,             /s/   Richard G. Lillie
  COPLAN & ARONOFF LLP         Richard G. Lillie (DC# 427882)
                                                 2300 BP Tower
                                                 200 Public Square
                                                 Cleveland, Ohio 44114-2378
                                                 Telephone: (216) 363-4500
                                                 Facsimile:  (216) 363-4588
                                                 E-Mail:     rlillie@bfca.com

*Attorney for Plaintiff Anthony E. Bragdon*

- 3 -

**CERTIFICATE OF SERVICE**

The foregoing was filed electronically on May 24, 2006. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system, or, if this means fails, then by first class mail, postage prepaid, addressed to:

>Kenneth L. Wainstein
>United States Attorney
>Office of the United States Attorney
>Civil Division
>555 4th Street, N.W.
>Washington, D.C. 20530
>
>Rudolph Contreras
>Assistant United States Attorney
>Office of the United States Attorney
>Civil Division
>555 4th Street, N.W.
>Washington, D.C. 20530
>
>Oliver W. McDaniel
>Assistant United States Attorney
>Office of the United States Attorney
>Civil Division
>555 4th Street, N.W.
>Washington, D.C. 20530

/s/ Richard Lillie
Richard Lillie

Doc 1369341   Ver 1