**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ANTHONY BRAGDON, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 06-0258 (JR) |
| UNITED STATES OF AMERICA, *et al.*, | : |
| Defendants. | : |

**ORDER**

Plaintiff's amended complaint [10] does not moot the government's invocation of the FTCA's two-year statute of limitations and makes essentially the same allegations of false imprisonment, malicious prosecution, and intentional infliction of emotional distress that the government has already challenged. The government need not respond to the amended complaint until the questions raised by its motion to dismiss [8] are resolved. See F.R.Civ.P. 1.  Plaintiff may have 15 days from the date of this order to respond to the motion to dismiss.  It is **SO ORDERED**.

                              JAMES ROBERTSON
                         United States District Judge