UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ANTHONY BRAGDON,                :
                                :
        Plaintiff,               :
                                :
    v.                          :  Civil Action No. 06-0258 (JR)
                                :
UNITED STATES OF AMERICA, *et*   :
*al.*,                           :
                                :
        Defendants.              :

## NOTICE TO COUNSEL

Plaintiff's response to defendant's motion to dismiss, request for order declaring motion to dismiss moot due to filing of first amended complaint, or, in the alternative, motion for leave to file brief in opposition to defendant's motion to dismiss [12] was filed at 2:42 p.m. on May 24, 2006.  This court's order of the same date, on the same subject [13], was filed at 3:51 p.m. but prepared in ignorance of plaintiff's earlier filing.  If plaintiff requires more than the 15 days allowed by the order for filing its opposition to the pending motion to dismiss, and if counsel are unable to agree on an appropriate extension, the court will entertain a motion.


                             JAMES ROBERTSON
                       United States District Judge