UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ANTHONY BRAGDON,** ) | |
| ) | |
| **Plaintiff** ) | |
| ) | |
| v. ) | Civil Action No. 06-0258 (JR) |
| ) | |
| **THE UNITED STATES OF AMERICA,** *et al.*, ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**DEFENDANT'S MOTION FOR AN EXTENSION OF TIME
TO FILE A REPLY TO PLAINTIFF'S
OPPOSITIONTO DEFENDANT'S MOTION TO DISMISS**

The Defendants, through counsel, the United States Attorney for the District of Columbia, hereby resepectfully move, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an extension of time within which to file a reply memorandum in response to Plaintiff's Opposition to Defendant's Motion to Dismiss from today, June 20, 2006, up to and including June 28, 2006. Counsel for the Plaintiff, Richard G. Lillie, Esquire, was not available after hours when Counsel for the Defendant attempted to reach him concerning his position on the motion.

This extension of time is necessitated by the fact that, although well on his way to completing a draft of the reply to permit filing by the due date, Counsel for the Defendant encountered a legal issue requiring further research and consultation. Counsel encountered this issue on the due date because Counsel was unable to complete a draft of the reply until the due date because of significant responsibilities in other cases. Specifically, Counsel had a brief to complete in the appeal of Smalls v. United States, Appeal Number 05-5052, had an opposition to draft and file in the case of Pantazes v. Jackson, C.A. No. 04-1056 (ESH) and had discovery to complete in the case of Davis v. Gonzalez, C.A. No. 03-2531 (RBW). These and other responsibilities necessitate this request for an extension.

WHEREFORE, Defendant respectfully submits that this Motion for an Extension of Time to File a Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss should be granted.

Respectfully submitted,

/s/
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

/s/
OLIVER W. McDANIEL, D.C. Bar #377360
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 616-0739

Counsel for the Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, this 20th day of April, 2006, reliance on the Electronic Court Filing system to insure that a digital copy of the foregoing Motion for an Extension of Time to File a Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss, has been served electronically on Counsel for the Plaintiff, or, if this means fails, then by first class mail, postage prepaid, addressed to:

Richard G. Lillie, Esq.
2300 BP Tower
200 Public Square
Cleveland, OH  44114-2378

Counsel for the Plaintiff

                                                /s/
OLIVER W. MCDANIEL
D.C. Bar No. 377-360
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 616-0739