UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTHONY BRAGDON, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 06-0258 (JR) |
| ) | |
| THE UNITED STATES OF AMERICA, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**FEDERAL DEFENDANTS' MOTION FOR LEAVE TO FILE
COMBINED SUPPLEMENTAL MEMORANDUM AND A REPLY
IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**

The Federal Defendants, through counsel, the United States Attorney for the District of Columbia, hereby resepectfully move, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an extension of time within which to file a reply memorandum in response to Plaintiff's Opposition to Defendants' Motion to Dismiss from today, June 28, 2006, up to and including July 18, 2006. Counsel for the Plaintiff, Richard G. Lillie, Esquire, was not available when Counsel for the Defendant attempted to reach him concerning his position on the motion.

This motion is necessitated by the unique procedural posture of this case. Although Plaintiffs have filed an Amended Complaint, they have filed an opposition to Defendants' Motion to Dismiss the original complaint, based on issues presented by the remnant of the original complaint contained in the Amended Complaint. After researching issues presented by the Amended Complaint and considering Plaintiff's response to Defendant's motion to dismiss, Counsel for the Defendants needs to address additional issues not raised in his original Motion to Dismiss that are implicated by the Amended Complaint. Rather than seeking to do so through just a reply, Counsel also seeks leave of Court to file a supplemental memorandum addressing the additional issues presented by the newly

filed complaint. Given Counsel's personal and litigation schedule, as well as the schedule of agency counsel, Counsel seeks until July 18, 2006, to file this combined reply and supplemental motion.

WHEREFORE, Federal Defendants respectfully submit that this Motion for Leave to File Combined Supplemental Memorandum and a Reply in Support of Defendants' Motion to Dismiss should be granted.

Respectfully submitted,

/s/
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

/s/
OLIVER W. McDANIEL, D.C. Bar #377360
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 616-0739

Counsel for the Defendants

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, this 28th day of June, 2006, reliance on the Electronic Court Filing system to insure that a digital copy of the foregoing Motion for Leave to File Combined Supplemental Memorandum and a Reply in Support of Defendants' Motion to Dismiss, has been served electronically on Counsel for the Plaintiff, or, if this means fails, then by first class mail, postage prepaid, addressed to:

Richard G. Lillie, Esq.
2300 BP Tower
200 Public Square
Cleveland, OH  44114-2378

Counsel for the Plaintiff

                                             /s/
                                   OLIVER W. MCDANIEL
                                   D.C. Bar No. 377-360
                                   Assistant United States Attorney
                                   Civil Division
                                   555 4th Street, N.W.
                                   Washington, D.C. 20530
                                   (202) 616-0739