IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ANTHONY E. BRAGDON, | ) | CASE NO. 1:06-CV-258 (JR) |
| | ) | |
| Plaintiff, | ) | JUDGE JAMES ROBERTSON |
| | ) | |
| v. | ) | |
| | ) | |
| THE UNITED STATES OF AMERICA*,* | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION FOR ADMISSION OF GRETCHEN A. HOLDERMAN *PRO HAC VICE***

Movant/Counsel for Plaintiff, Richard G. Lillie, is a member in good standing of the Bar of this Honorable Court. His District of Columbia number is # 427882. Movant is moving the admission of his associate, Gretchen A. Holderman, to appear *pro hac* vice in this case as co-counsel for Plaintiff, Anthony Bragdon.

Movant and the proposed admittee certify that:

1.  Gretchen A, Holderman is a member in good standing of the bars of the following State Courts and/or United States Courts:

| Court | Date of Admission | Good Standing |
|---|---|---|
| Supreme Court of Ohio | May 1992 | Yes |
| U.S. District Court, Northern District of Ohio | September 1992 | Yes |
| U.S. District Court, Southern District of Ohio | December 2003 | Yes |
| U.S. Court of Appeals, Sixth Circuit | February 1993 | Yes |
| U.S. Court of Appeals, Seventh Circuit | June 2001 | Yes |
| U.S. Supreme Court | April 1998 | Yes |

- 2 -

      2.      During the twelve (12) months immediately preceding the filing of this motion, Gretchen A. Holderman has been admitted *pro hac vice* in this Court -0- times.

      3.      Gretchen A. Holderman has never been disbarred, suspended, or denied admission to practice.

      4.      Gretchen A. Holderman is familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States Court for the District of Columbia, the Federal Rules of Evidence, and the Rules of Professional Conduct, and understands that she shall be subject to the disciplinary jurisdiction of this Court.

      5.      Gretchen A. Holderman, as the proposed admittee, understands that admission *pro hac vice* as requested in this Motion is for this case only and does not constitute formal admission to the Bar of this Court.

      6.      Movant will continue to serve as co-counsel in these proceedings.

      7.      Gretchen A. Holderman has been assisting Movant with the instant case and with the related <u>Bivens</u> case (captioned <u>Anthony Bragdon v. Michael P. Malone, *et al.*</u>, Case No.: 05-0488) also pending before this Honorable Court[1].  The within Motion is necessary and submitted at this time as both Plaintiff and Movant will benefit from the litigation assistance of the proposed admittee who is familiar with all details of the within case.  In addition, Movant submits that he has been scheduled for immediate surgery on or about August 17, 2006, will be in recovery thereafter, and thus will require continued assistance.

---

[1] Movant and the proposed admittee have already filed a similar Motion in the related case captioned Anthony Bragdon v. Michael P. Malone, et al., Case No.: 05-0488, also pending before this Honorable Court.

- 3 -

Respectfully submitted,

| | |
|---|---|
| /s/ Richard G. Lillie            . | /s/ Gretchen A. Holderman        . |
| RICHARD G. LILLIE | GRETCHEN A. HOLDERMAN |
| (DC# 427882/OH#0023744) | (OH#0058508) |
| Benesch, Friedlander, Coplan | Benesch, Friedlander, Coplan |
|   & Aronoff, LLP |   & Aronoff, LLP |
| 2300 BP Tower - 200 Public Square | 2300 BP Tower - 200 Public Square |
| Cleveland, Ohio 44114-2378 | Cleveland, Ohio 44114-2387 |
| Telephone: 216-363-4499 | Telephone: 216-363-4159 |
| Facsimile: 215-363-4588 | Facsimile: 216-363-4588 |
| rlillie@bfca.com | gholderman@bfca.com |
| *Movant, Counsel for Plaintiff* | *Proposed Admittee* |

- 4 -

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was filed electronically on the 10th day of August, 2006, in accordance with the Court's Electronic Filing Guidelines. The Notice of such filing will be sent to all parties by operation of the Court's electronic filing system.

In addition, copies were also served via regular U.S. Mail on the 10th of August, 2006 to the following:

> Kenneth L. Wainstein
> United States Attorney
> Office of the United States Attorney
> Civil Division
> 555 4th Street, N.W.
> Washington, D.C. 20530
>
> Rudolph Contreras
> Assistant United States Attorney
> Office of the United States Attorney
> Civil Division
> 555 4th Street, N.W.
> Washington, D.C. 20530
>
> Oliver W. McDaniel
> Assistant United States Attorney
> Office of the United States Attorney
> Civil Division
> 555 4th Street, N.W.
> Washington, D.C. 20530

    /s/ Richard G. Lillie    .
Richard G. Lillie

Doc 1384752   Ver 1