IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


ANTHONY E. BRAGDON,                    )        CASE NO. 1:06CV00258 (JR)
                                       )
              Plaintiff,               )        JUDGE: JAMES ROBERTSON
vs.                                    )
                                       )
THE UNITED STATES OF AMERICA,          )
                                       )        ORDER
              Defendants.              )


        This matter came on before the Court upon the Motion for Admission of Gretchen A. Holderman

Pro Hac Vice ("Motion") filed by Movant/Counsel for Plaintiff, Richard G. Lillie.  The Court finds the

Motion to be well taken, and the same is hereby granted.


        **IT IS SO ORDERED.**


_____                 _____
Dated                                 United States District Court Judge