UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

AUG 21 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ANTHONY BRAGDON, :
:
    Plaintiff, :
:
v. : Civil Action No. 06-0258 (JR)
:
UNITED STATES OF AMERICA, et :
al., :
:
    Defendants. :

### ORDER

Upon consideration of plaintiff's motion for the *pro hac vice* appearance of Gretchen A. Holderman, it is

**ORDERED** that leave to appear *pro hac vice* <u>will be granted only upon condition</u> that the lawyer admitted, or at least one member of the lawyer's firm, undergo CM/ECF training, obtain a CM/ECF username and password, and agree to file papers electronically. No court papers will be mailed to any lawyer.

August 21, 2006

_____
JAMES ROBERTSON
United States District Judge