UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ANTHONY BRAGDON,** ) | |
| ) | |
| **Plaintiff** ) | |
| ) | |
| v. ) | **Civil Action No. 06-0258 (JR)** |
| ) | |
| **THE UNITED STATES OF AMERICA,** *et al.*, ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**MOTION FOR AN EXTENSION OF TIME WITHIN WHICH
TO FILE DEFENDANTS' SUPPLEMENTAL MOTION TO DISMISS,
AND MEMORANDUM IN SUPPORT THEREOF**

The Defendants, through counsel, the United States Attorney for the District of Columbia, hereby respectfully move, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for a two-week extension of time within which to file their Supplemental Motion to Dismiss in this matter from March 14, 2007 up to and including March 28, 2007. Counsel for the Plaintiff, after consulting with their client, could not consent to the motion. As grounds for this motion, Defendants submit the following memorandum in support.

Pursuant to its order of February 12, 2007 ( Dkt. 21), the Court granted in part and denied in part Defendants' motion to dismiss and granted Defendants thirty (30) days to file a supplemental motion to dismiss addressing questions raised by the amended complaint. Counsel for Defendants has encountered unanticipated computer problems and unanticipated litigation demands that will preclude a timely filed brief in this matter. Specifically, Counsel for Defendants' computer failed and had to be replaced during the week of February 26, 2007, and the Counsel for Defendants' Office experienced computer network outages during the following week, occasioned by the earlier time change. Specifically, Counsel for Defendants has been involved in preparing for a trial in

Worthey v. Paulson, 04-1244 (RCL), which was scheduled to begin on Monday, March 5, 2007 and last throughout that week. Notwithstanding the hours of preparation time, however, the case settled on last Thursday, March 2, 2007. Further, Counsel for Defendants was responsible for preparing filings in Johnson, et al. v. District of Columbia, et al., Civil Action No. 02-2364 (RMC) and had responsibility for conferring with counsel and filing a Joint Report in the consolidated cases of Alabama Education Association et al v. Chao, 03-253 (RMC) and Delaware Federation of Teachers et al v. Chao, 03-0682 (RMC) on February 21, 2007. Moreover, Counsel for Defendants has had and will have a number of filing obligations in Johnson v. District of Columbia, et al., C.A. No. 02-2364 (RMC) and Appeal No. 07-5037. Counsel for Defendants is involved in ongoing mediation in Gard v. U.S. Dept. of Education, C.A. No. 00-1096 (PL) (AK) and Kriesch v. Johanns, C.A. No. 05-2402 (RMC). Counsel for Defendants must address discovery issues in the class action suit of Hubbard v. Potter, C.A. No. 03-1062 (RJL). Counsel must file a Reply to Plaintiff's Opposition to Defendants' Motion to Dismiss in West v. Spellings, 06-1012 (RMC) on or before March 22, 2007. Counsel for Defendants is also involved in ongoing mediation in Gard v. U.S. Dept. of Education, 00-1096 (PL) (AK). In addition, Counsel for the Defendants had to file a Motion for Summary Affirmance in Sibley v. Breyer, Appeal No. 07-5009, on March 20, 2007. These and other responsibilities of Counsel for the Defendants necessitates this requested extension.

WHEREFORE, Defendants respectfully submit that this Motion for an Extension of Time Within Which to File Defendants' Supplemental Motion to Dismiss, up to and including March 28, 2007, should be granted.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. Bar #434122
Assistant United States Attorney

/s/
OLIVER W. McDANIEL, D.C. Bar #377360
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 616-0739

Counsel for the Defendants

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, this 13th day of March, 2007, reliance on the Electronic Court Filing system to insure that a digital copy of the foregoing MOTION FOR AN EXTENSION OF TIME WITHIN WHICH TO FILE DEFENDANTS' SUPPLEMENTAL MOTION TO DISMISS has been served electronically on Counsel for the Plaintiff, or, if this means fails, then by first class mail, postage prepaid, addressed to:

Richard G. Lillie, Esq.
Gretchen A. Holderman, Esq.
2300 BP Tower
200 Public Square
Cleveland, OH  44114-2378

Counsel for the Plaintiff

                                                   /s/
OLIVER W. MCDANIEL
D.C. Bar No. 377-360
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 616-0739