IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ANTHONY BRAGDON, | ) | CASE NO. 06-0258 (JR) |
| | ) | |
| Plaintiff, | ) | JUDGE JAMES ROBERTSON |
| | ) | |
| v. | ) | |
| | ) | |
| THE UNITED STATES OF AMERICA, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

**CONSENT MOTION FOR EXTENSION OF TIME FOR PLAINTIFF TO RESPOND TO MOTION TO DISMISS AND FOR DEFENDANT TO FILE A REPLY THERETO**

Plaintiff and Defendant, by and through their respective counsel, herein move this Honorable Court for an Order, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for extensions of time within which Plaintiff can prepare and file a response to Defendant's Supplemental Memorandum in Support of its Motion to Dismiss, and Defendant can prepare and file a Reply thereto.  Counsel for the parties have agreed and consented to extensions as follows: up to and including April 23, 2007 for the filing of Plaintiff's response; and, up to and including May 17, 2007 for the filing of Defendant's reply.

WHEREFORE, Plaintiff and Defendant respectfully submit that this Consent Motion For Extension of Time for Plaintiff to Respond to Defendant's Motion to Dismiss and for Defendant to File a Reply Thereto should be granted.

Respectfully submitted,

| | |
|---|---|
| /s/Richard G. Lillie_____ | /s/Oliver W. McDaniel (per consent) |
| RICHARD G. LILLIE(DC#427882/OH#0023744) | OLIVER W. McDANIEL (DC#377360) |
| GRETCHEN A. HOLDERMAN (OH#0058508) | Assistant United States Attorney |
| Attorneys for Plaintiff | Civil Division |
| 75 Public Square, Suite 1313 | Attorney for Defendant |
| Cleveland, Ohio 44113 | 555 4th Street, N.W. |
| Tel (216) 861-1313/ Fax  (216) 861-1314 | Washington, D.C. 20530 |
| lillie13@sbcglobal.net | (202) 616-0739 |
| gholderman@sbcglobal.net | oliver.mcdaniel@usdoj.gov |

## CERTIFICATE OF SERVICE

The foregoing, Consent Motion, was filed electronically on April 3, 2007. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system, or, if this means fails, then by first class mail, postage prepaid, addressed to:

>Oliver W. McDaniel
>Assistant United States Attorney
>Office of the United States Attorney
>Civil Division
>555 4th Street, N.W.
>Washington, D.C. 20530

/s/ Richard G. Lillie
Richard G. Lillie