**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| ANTHONY BRAGDON, | ) | CASE NO. 06-0258 (JR) |
| | ) | |
| Plaintiff, | ) | JUDGE JAMES ROBERTSON |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S MOTION TO FILE ATTACHED SUR-REPLY MEMORANDUM *INSTANTER* IN RESPONSE TO DEFENDANT'S REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S SUPPLEMENTAL MOTION TO DISMISS**

Plaintiff herein respectfully moves this Honorable Court to issue an Order permitting him to file the attached Sur-Reply Memorandum, *Instanter*. Plaintiff submits that a Sur-Reply is necessary at this time to address the arguments and issues set forth in Defendant's Reply. Plaintiff submits this motion in good faith and notes that there are good grounds to permit him to file the attached Sur-Reply Memorandum *Instanter*.

Respectfully submitted,

/s/ Richard G. Lillie             .
Richard G. Lillie (DC# 427882)
Gretchen A. Holderman (OH#0058508)
75 Public Square, Suite #1313
Cleveland, Ohio 44113
Telephone: (216) 861-1313
Facsimile: (216) 861-1314
Email: lillie13@sbcglobal.net

## CERTIFICATE OF SERVICE

      The foregoing was filed electronically on May 31, 2007. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system, or, if this means fails, then by first class mail, postage prepaid, addressed to:

| | |
|---|---|
| Jeffrey A. Taylor<br>United States Attorney<br>Office of the United States Attorney<br>Civil Division<br>555 4th Street, N.W.<br>Washington, D.C. 20530 | Oliver W. McDaniel<br>Assistant United States Attorney<br>Office of the United States Attorney<br>Civil Division<br>555 4th Street, N.W.<br>Washington, D.C. 20530 |
| Rudolph Contreras<br>Assistant United States Attorney<br>Office of the United States Attorney<br>Civil Division<br>555 4th Street, N.W.<br>Washington, D.C. 20530 | |

                                                      /s/ Richard G. Lillie<br>
                                                    Richard G. Lillie