UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ANTHONY BRAGDON,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 06-0258 (JR) |
| ) | |
| **THE UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Defendant.** ) | |

## NOTICE OF SUPPLEMENTAL AUTHORITY

The Defendant, through counsel, the United States Attorney for the District of Columbia, respectfully invites the Court's and Counsel's attention to the recent decision of the United States Court of Appeals for the Eleventh Circuit in <u>Dyer v. Lee</u>, ___ F.3d ___, 2007 WL 1597855 (11th Cir. June 5, 2007). That decision, reversing the entry of summary judgment in favor of defendants by the U.S. District Court for the Middle District of Florida, is relevant in this case to the Defendant's argument in his supplemental memorandum in support of his motion to dismiss at page 5, and in his reply memorandum at pages 2-9, that Plaintiff's negligence claims are barred by the statute of

limitations since the Court cannot say, as a matter of law, that the success of those claims would necessarily have negated Plaintiff's underlying criminal conviction.

                              Respectfully submitted,

                              JEFFREY A. TAYLOR
                              UNITED STATES ATTORNEY
                              D.C. BAR NUMBER 498-610

By:                 /s/_____
                              OLIVER W. MCDANIEL, D.C. Bar No. 377-360
                              Assistant United States Attorney
                              Civil Division
                              555 4th Street, N.W.
                              Washington, D.C.  20530
                              (202) 616-0739

June 26, 2007