**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ANTHONY BRAGDON, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 06-0258 (JR) |
| UNITED STATES OF AMERICA, *et al.*, | : |
| Defendants. | : |

**ORDER**

For the reasons set forth in the accompanying memorandum, it is **ORDERED** that plaintiff's motion to file a sur-reply [Dkt. 28] is **DENIED** and defendants' motion to dismiss [Dkt. 23] is **GRANTED**.


JAMES ROBERTSON
United States District Judge